## IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

LUCRETIA MOONEY,                          *
                                          *
    Plaintiff,                        *
                                          *
vs.                                       *    CIVIL CASE NO. 05-241
                                          *
AMERICAN INTERNATIONAL GROUP, INC;        *
AMERICAN GENERAL CORPORATION;             *
AMERICAN GENERAL FINANCE, INC.;           *
AMERICAN GENERAL FINANCIAL SERVICES       *
OF ALABAMA, INC.; AMERICAN GENERAL        *
FINANCE CORPORATION;                      *
MERIT LIFE INSURANCE COMPANY;             *
YOSEMITE INSURANCE COMPANY;               *
ROY EVANS; MELODEE WYATT;                 *
and Fictitious Defendants "A",            *
"B", and "C", whether singular or plural, those   *
other persons, corporations, firms, or other      *
entities whose wrongful conduct caused            *
the injuries and damages to the Plaintiff,        *
all of whose true and correct names are           *
unknown to Plaintiff at this time, but will       *
be substituted by amendment when ascertained,     *
                                          *
    Defendants.                       *

EDDIE D. MALL...
CIRCUIT CLERK

2005 DEC 19 P 4: 19

FILED IN
CIRCUIT CLERKS OFFICE
MACON COUNTY, AL

### SUMMONS

    This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:        AMERICAN INTERNATIONAL GROUP, INC.
                70 Pine Street
                New York, NY  10270

    The Complaint which is attached to this summons is important and you must take immediate action to protect your rights.  You are required to mail or hand-deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,



**C. Lance Gould**
**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
**Post Office Box 4160**
**Montgomery, AL　36103-4160**

the attorney for the Plaintiff.　THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.　You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

_Eddie D. Mallard_
CIRCUIT CLERK

Dated: _12/19/05_

## IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| **LUCRETIA MOONEY,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| vs. | * |
| | *    CIVIL CASE NO. *05-241* |
| **AMERICAN INTERNATIONAL GROUP, INC;** | * |
| **AMERICAN GENERAL CORPORATION;** | * |
| **AMERICAN GENERAL FINANCE, INC.;** | * |
| **AMERICAN GENERAL FINANCIAL SERVICES** | * |
| **OF ALABAMA, INC.; AMERICAN GENERAL** | * |
| **FINANCE CORPORATION;** | * |
| **MERIT LIFE INSURANCE COMPANY;** | * |
| **YOSEMITE INSURANCE COMPANY;** | * |
| **ROY EVANS; MELODEE WYATT;** | * |
| and Fictitious Defendants "A", | * |
| "B", and "C", whether singular or plural, those | * |
| other persons, corporations, firms, or other | * |
| entities whose wrongful conduct caused | * |
| the injuries and damages to the Plaintiff, | * |
| all of whose true and correct names are | * |
| unknown to Plaintiff at this time, but will | * |
| be substituted by amendment when ascertained, | * |
| | * |
| **Defendants.** | * |

(stamp, right margin: EDDIE D. MALL... CIRCUIT CLER... 2005 DEC 19 P 4: 19 FILED IN CIRCUIT CLERKS OFFICE MACON COUNTY, AL)

### SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

**NOTICE TO:**                 **AMERICAN GENERAL CORPORATION**
                                         **2929 Allen Parkway**
                                         **Houston, TX 77019**

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand-deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

C. Lance Gould
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

_Eddie D. Mallard_
CIRCUIT CLERK

Dated: 12/19/05

## IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

LUCRETIA MOONEY,                            *
                                            *
    Plaintiff,                              *
                                            *
vs.                                         *        CIVILCASE NO. 05-241
                                            *
AMERICAN INTERNATIONAL GROUP, INC;          *
AMERICAN GENERAL CORPORATION;               *
AMERICAN GENERAL FINANCE, INC.;             *
AMERICAN GENERAL FINANCIAL SERVICES         *
OF ALABAMA, INC.; AMERICAN GENERAL          *
FINANCE CORPORATION;                        *
MERIT LIFE INSURANCE COMPANY;               *
YOSEMITE INSURANCE COMPANY;                 *
ROY EVANS; MELODEE WYATT;                   *
and Fictitious Defendants "A",              *
"B", and "C", whether singular or plural, those *
other persons, corporations, firms, or other *
entities whose wrongful conduct caused      *
the injuries and damages to the Plaintiff,  *
all of whose true and correct names are     *
unknown to Plaintiff at this time, but will *
be substituted by amendment when ascertained, *
                                            *
    Defendants.                             *


### <u>SUMMONS</u>

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:                   AMERICAN GENERAL FINANCE, INC.
                             n/k/a American General Financial Services of Alabama, Inc.
                             c/o CSC Lawyers Incorporating Service, Inc.
                             150 S. Perry Street
                             Montgomery, AL 36104


The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand-deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

**C. Lance Gould**
**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
**Post Office Box 4160**
**Montgomery, AL 36103-4160**

the attorney for the Plaintiff.   THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN
THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND
COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY
DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS
DEMANDED IN THE COMPLAINT.   You must also file the original of your Answer with the
Clerk of this Court within a reasonable time afterward.

_Eddie Q. Mallad_
CIRCUIT CLERK

Dated:  _12/19/05_

## IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

LUCRETIA MOONEY,               *

                         *

     Plaintiff,               *

                         *

vs.                         *     CIVIL CASE NO. _05- 241_

                         *

AMERICAN INTERNATIONAL GROUP, INC;  *

AMERICAN GENERAL CORPORATION;    *

AMERICAN GENERAL FINANCE, INC.;     *

AMERICAN GENERAL FINANCIAL SERVICES  *

OF ALABAMA, INC.; AMERICAN GENERAL   *

FINANCE CORPORATION;             *

MERIT LIFE INSURANCE COMPANY;     *

YOSEMITE INSURANCE COMPANY;       *

ROY EVANS; MELODEE WYATT;         *

and Fictitious Defendants "A",          *

"B", and "C", whether singular or plural, those  *

other persons, corporations, firms, or other   *

entities whose wrongful conduct caused     *

the injuries and damages to the Plaintiff,    *

all of whose true and correct names are     *

unknown to Plaintiff at this time, but will    *

be substituted by amendment when ascertained,  *

                         *

     Defendants.              *

EDDIE D. MALLARD
CIRCUIT CLERK

2005 DEC 19 P 4: 19

FILED IN
CIRCUIT CLERKS OFFICE
MACON COUNTY, AL

### SUMMONS

    This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:             **AMERICAN GENERAL FINANCIAL**
                        **SERVICES OF ALABAMA, INC.**
                        **c/o CSC Lawyers Incorporating Service, Inc.**
                        **150 S. Perry Street**
                        **Montgomery, AL  36104**

    The Complaint which is attached to this summons is important and you must take immediate action to protect your rights.  You are required to mail or hand-deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

**C. Lance Gould**
**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
**Post Office Box 4160**
**Montgomery, AL  36103-4160**

the attorney for the Plaintiff.    THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN
THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND
COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY
DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS
DEMANDED IN THE COMPLAINT.    You must also file the original of your Answer with the
Clerk of this Court within a reasonable time afterward.

_Eddie D. Mallard_
CIRCUIT CLERK

Dated:  _12/19/05_

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

LUCRETIA MOONEY,                          *
                                          *
        Plaintiff,                        *
                                          *
vs.                                       *        CIVIL CASE NO. 05-241
                                          *
AMERICAN INTERNATIONAL GROUP, INC;        *
AMERICAN GENERAL CORPORATION;             *
AMERICAN GENERAL FINANCE, INC.;           *
AMERICAN GENERAL FINANCIAL SERVICES       *
OF ALABAMA, INC.; AMERICAN GENERAL        *
FINANCE CORPORATION;                      *
MERIT LIFE INSURANCE COMPANY;             *
YOSEMITE INSURANCE COMPANY;               *
ROY EVANS; MELODEE WYATT;                 *
and Fictitious Defendants "A",            *
"B", and "C", whether singular or plural, those *
other persons, corporations, firms, or other   *
entities whose wrongful conduct caused    *
the injuries and damages to the Plaintiff, *
all of whose true and correct names are   *
unknown to Plaintiff at this time, but will *
be substituted by amendment when ascertained, *
                                          *
        Defendants.                       *

FILED IN
CIRCUIT CLERKS OFFICE
MACON COUNTY, AL
2005 DEC 19 P 4: 19
EDDIE D. MALLARD
CIRCUIT CLERK

## SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

        NOTICE TO:        AMERICAN GENERAL FINANCE CORPORATION
                          2929 Allen Parkway
                          Houston, TX  77019

        The Complaint which is attached to this summons is important and you must take immediate action to protect your rights.  You are required to mail or hand-deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

**C. Lance Gould**
**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
**Post Office Box 4160**
**Montgomery, AL 36103-4160**

the attorney for the Plaintiff.   THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.   You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

*Eddie D. Walled*
CIRCUIT CLERK

Dated: _12/19/05_

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

LUCRETIA MOONEY,                          *
                                          *
          Plaintiff,                      *
                                          *
vs.                                       *      CIVIL CASE NO. 05-241
                                          *
AMERICAN INTERNATIONAL GROUP, INC;        *
AMERICAN GENERAL CORPORATION;             *
AMERICAN GENERAL FINANCE, INC.;           *
AMERICAN GENERAL FINANCIAL SERVICES       *
OF ALABAMA, INC.; AMERICAN GENERAL        *
FINANCE CORPORATION;                      *
MERIT LIFE INSURANCE COMPANY;             *
YOSEMITE INSURANCE COMPANY;               *
ROY EVANS; MELODEE WYATT;                 *
and Fictitious Defendants "A",            *
"B", and "C", whether singular or plural, those *
other persons, corporations, firms, or other  *
entities whose wrongful conduct caused    *
the injuries and damages to the Plaintiff,    *
all of whose true and correct names are   *
unknown to Plaintiff at this time, but will   *
be substituted by amendment when ascertained, *
                                          *
          Defendants.                     *

<u>**SUMMONS**</u>

          This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:          **MERIT LIFE INSURANCE COMPANY**
                    **c/o Superintendent of Insurance**
                    **601 NW Second Street**
                    **Evansville, IN 47708**

          The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand-deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

C. Lance Gould
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160

the attorney for the Plaintiff.  THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.  You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

_Eddie Q. Malled_
CIRCUIT CLERK

Dated:  12/19/05

## IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| **LUCRETIA MOONEY,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| vs. | *    CIVILCASE NO. **05-241** |
| | * |
| **AMERICAN INTERNATIONAL GROUP, INC;** | * |
| **AMERICAN GENERAL CORPORATION;** | * |
| **AMERICAN GENERAL FINANCE, INC.;** | * |
| **AMERICAN GENERAL FINANCIAL SERVICES** | * |
| **OF ALABAMA, INC.; AMERICAN GENERAL** | * |
| **FINANCE CORPORATION;** | * |
| **MERIT LIFE INSURANCE COMPANY;** | * |
| **YOSEMITE INSURANCE COMPANY;** | * |
| **ROY EVANS; MELODEE WYATT;** | * |
| **and Fictitious Defendants "A",** | * |
| **"B", and "C", whether singular or plural, those** | * |
| **other persons, corporations, firms, or other** | * |
| **entities whose wrongful conduct caused** | * |
| **the injuries and damages to the Plaintiff,** | * |
| **all of whose true and correct names are** | * |
| **unknown to Plaintiff at this time, but will** | * |
| **be substituted by amendment when ascertained,** | * |
| | * |
| **Defendants.** | * |

FILED IN
CIRCUIT CLERKS OFFICE
MACON COUNTY, AL
2005 DEC 19 P 4: 19
EDDIE D. MALL
CIRCUIT CLERK

### SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:        **YOSEMITE INSURANCE COMPANY**
                              **c/o Superintendent of Insurance**
                              **717 Market Street**
                              **San Francisco, CA  94103**

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand-deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

C. Lance Gould
**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
**Post Office Box 4160**
**Montgomery, AL 36103-4160**

the attorney for the Plaintiff.  THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.  You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

*Eddie D. Mallad*
CIRCUIT CLERK

Dated: 12/19/05

## IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| **LUCRETIA MOONEY,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| vs. | *    CIVILCASE NO. **05-24/** |
| | * |
| **AMERICAN INTERNATIONAL GROUP, INC;** | * |
| **AMERICAN GENERAL CORPORATION;** | * |
| **AMERICAN GENERAL FINANCE, INC.;** | * |
| **AMERICAN GENERAL FINANCIAL SERVICES** | * |
| **OF ALABAMA, INC.; AMERICAN GENERAL** | * |
| **FINANCE CORPORATION;** | * |
| **MERIT LIFE INSURANCE COMPANY;** | * |
| **YOSEMITE INSURANCE COMPANY;** | * |
| **ROY EVANS; MELODEE WYATT;** | * |
| **and Fictitious Defendants "A",** | * |
| **"B", and "C", whether singular or plural, those** | * |
| **other persons, corporations, firms, or other** | * |
| **entities whose wrongful conduct caused** | * |
| **the injuries and damages to the Plaintiff,** | * |
| **all of whose true and correct names are** | * |
| **unknown to Plaintiff at this time, but will** | * |
| **be substituted by amendment when ascertained,** | * |
| | * |
| **Defendants.** | * |

EDDIE D. MALLARD
CIRCUIT CLERK

2005 DEC 19 P 4: 19

FILED IN
CIRCUIT CLERKS OFFICE
MACON COUNTY, AL

### <u>SUMMONS</u>

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:    **Roy Evans**
**c/o American General Financial Services**
**of Alabama, Inc.**
**Colonial Promenade Montgomery**
**2768 Eastern BLVD**
**Montgomery, AL 36117-1550**

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand-deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

**C. Lance Gould**
**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
**Post Office Box 4160**
**Montgomery, AL  36103-4160**

the attorney for the Plaintiff.  THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN
THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND
COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY
DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS
DEMANDED IN THE COMPLAINT.  You must also file the original of your Answer with the
Clerk of this Court within a reasonable time afterward.

_Eddie D. Maeled_
CIRCUIT CLERK

Dated: _12/19/05_

## IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

LUCRETIA MOONEY,                                    *
                                                    *
    Plaintiff,                  *
                                                    *
vs.                                                 *      CIVIL CASE NO. 05-241
                                                    *
AMERICAN INTERNATIONAL GROUP, INC;                  *
AMERICAN GENERAL CORPORATION;                       *
AMERICAN GENERAL FINANCE, INC.;                     *
AMERICAN GENERAL FINANCIAL SERVICES                 *
OF ALABAMA, INC.; AMERICAN GENERAL                  *
FINANCE CORPORATION;                                *
MERIT LIFE INSURANCE COMPANY;                       *
YOSEMITE INSURANCE COMPANY;                         *
ROY EVANS; MELODEE WYATT;                           *
and Fictitious Defendants "A",                      *
"B", and "C", whether singular or plural, those     *
other persons, corporations, firms, or other        *
entities whose wrongful conduct caused              *
the injuries and damages to the Plaintiff,          *
all of whose true and correct names are             *
unknown to Plaintiff at this time, but will         *
be substituted by amendment when ascertained,       *
                                                    *
    Defendants.                 *

FILED IN
CIRCUIT CLERKS OFFICE
MACON COUNTY, AL
2005 DEC 19 P 4: 19
EDDIE D. MALLARD
CIRCUIT CLERK

### SUMMONS

    This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:        Melodee Wyatt
c/o American General Financial Services
of Alabama, Inc.
Colonial Promenade Montgomery
2768 Eastern BLVD
Montgomery, AL 36117-1550

    The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand-deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

**C. Lance Gould**
**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
**Post Office Box 4160**
**Montgomery, AL 36103-4160**

the attorney for the Plaintiff.   THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.  You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

*Eddie D. Mallet*
CIRCUIT CLERK

Dated: 12/19/05

# IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

LUCRETIA MOONEY,  *

    Plaintiff,  *

vs.  *  CIVIL CASE NO. 05-241

AMERICAN INTERNATIONAL GROUP, INC;  *
AMERICAN GENERAL CORPORATION;  *
AMERICAN GENERAL FINANCE, INC.;  *
AMERICAN GENERAL FINANCIAL SERVICES  *
OF ALABAMA, INC.; AMERICAN GENERAL  *
FINANCE CORPORATION;  *
MERIT LIFE INSURANCE COMPANY;  *
YOSEMITE INSURANCE COMPANY;  *
ROY EVANS; MELODEE WYATT;  *
and Fictitious Defendants "A",  *
"B", and "C", whether singular or plural, those  *
other persons, corporations, firms, or other  *
entities whose wrongful conduct caused  *
the injuries and damages to the Plaintiff,  *
all of whose true and correct names are  *
unknown to Plaintiff at this time, but will  *
be substituted by amendment when ascertained,  *
  *
    Defendants.  *

## COMPLAINT

### STATEMENT OF THE PARTIES

1.    This court has subject matter and personal jurisdiction over the Defendants. Venue is proper in Macon County, Alabama.

2.    Plaintiff Lucretia Mooney is an adult resident citizen of Macon County, Alabama.

3.    Defendant American General Finance, Inc. is a domestic corporation, who does business by agent in Macon County, Alabama. This Defendant is the agent, a subsidiary, sister corporation, and/or the "alter-ego" of one or more Defendants.

4. Defendant American General Financial Services of Alabama, Inc. is a domestic corporation, who does business by agent in Macon County, Alabama. This Defendant is the agent, a subsidiary, sister corporation, and/or the "alter-ego" of one or more Defendants.

5. Defendant American International Group, Inc. is a foreign corporation who does business by agent in Macon County, Alabama. This Defendant is the agent, a subsidiary, sister corporation, and/or the "alter-ego" of one or more Defendants.

6. Defendant American General Corporation is a foreign insurance Company who does business by agent in Macon County, Alabama. This Defendant is the agent, a subsidiary, sister corporation, and/or the "alter-ego" of one or more Defendants.

7. Defendant American General Finance Corporation is a domestic corporation, who does business by agent in Macon County, Alabama. This Defendant is the agent, a subsidiary, sister corporation, and/or the "alter-ego" of one or more Defendants.

8. Defendant Merit Life Insurance Company is a foreign insurance company who does business by agent in Macon County, Alabama. This Defendant is the agent, a subsidiary, sister corporation, and/or the "alter-ego" of one or more Defendants.

9. Defendant Yosemite Insurance Company is a foreign corporation who does business by agent in Macon County, Alabama. This Defendant is the parent corporation, agent, a subsidiary, sister corporation, and/or the "alter-ego" of one or more Defendants.

10. Defendant Roy Evans is over the age of nineteen (19) and is a resident of Montgomery County, Alabama.

11. Defendant Melodee Wyatt is over the age of nineteen (19) and is a resident of Montgomery County, Alabama.

2

12.    Fictitious Defendants "A", "B", and "C", whether singular or plural, are those other persons, firms, corporations, or other entities whose wrongful conduct caused or contributed to cause the injuries and damages to the Plaintiff, all of whose true and correct names are unknown to Plaintiff at this time, but will be substituted by amendment when ascertained.

13.    Plaintiff's claims are brought solely under Alabama law, and Plaintiff states she does not bring any claim and/or disclaims any and all claims under any Federal laws, statutes, or regulations.

## STATEMENT OF THE FACTS

14.    On or about June 10, 2004, May 9, 2005, and other occasions, Plaintiff entered into loans with Defendant American General Financial Services of Alabama, Inc. or Defendant American General Finance, Inc. Defendants Roy Evans and Melodee Wyatt handled one or more of these loan transactions, while acting as agents for all Defendants, and fraudulently represented to her that if she purchased the credit insurance offered her, her credit score/rating would be better and that she stood a better chance of getting approved for the loan she requested.

15.    Defendants advised Plaintiff that if she refinanced her previous loans into a single loan, that would be the best way for her to save money. Defendants refused to allow Plaintiff to have a separate loan.

16.    Defendants advised Plaintiff that purchasing the credit insurance offered was a good deal and offered great value and protection.

17.    Defendants had a duty to Plaintiff to give her good advice and they failed to do so, to Plaintiff's detriment.

18.    Based on each of the representations made by Defendants, Plaintiff agreed to purchase the credit insurance offered and refinance her loan.

3

19.    Defendants' conduct under the circumstances was intentional and amounts to actual malice.

20.    Plaintiff discovered the fraud within two (2) years of filing this lawsuit.

21.    Defendants entered into a pattern or practice of fraudulent conduct that included the fraud practiced on Plaintiff.

22.    At all times material hereto, Plaintiff depended on Defendants to advise her as to all loan requirements and insurance matters. Defendants had superior knowledge and bargaining power over Plaintiff.

23.    The conduct by Defendants was intentional, gross, wanton, malicious, and/or oppressive.

## COUNT ONE

24.    Plaintiff alleges all prior paragraphs of the Complaint as if set out here in full.

25.    Defendants made the aforementioned fraudulent representations that they knew were false, or should have known were false, and intended for Plaintiff to rely on said false representations.

26.    Plaintiff did rely on the representations made by Defendants and due to Defendants' fraudulent misrepresentation of material facts, Plaintiff was induced to act as previously described.

27.    As a proximate consequence of Defendants' actions, Plaintiff was injured and damaged in at least the following ways: she paid money for insurance she did not want, she lost interest on said money, she paid excessive interest on her loans and accounts she otherwise would not have had to pay, she lost interest on the money attributed to the unnecessary payments, she has suffered mental anguish and emotional distress; and has otherwise been injured and damaged.

4

WHEREFORE, Plaintiff demands judgment against Defendants in such an amount of compensatory and punitive damages as a jury deems reasonable and may award, plus costs.

## COUNT TWO

28.    Plaintiff alleges all prior paragraphs of the Complaint as if set out here in full.

29.    Defendants negligently and/or wantonly hired, trained, and supervised Defendants Roy Evans and Melodee Wyatt and their agents, alter-egos and/or representatives responsible for advising Plaintiff of the loan and insurance benefits and all other requirements.

30.    As a proximate consequence of Defendants' actions, Plaintiff was injured and damaged as alleged herein.

WHEREFORE, Plaintiff demands judgment against Defendants in such an amount of compensatory and punitive damages as a jury deems reasonable and may award, plus costs.

## COUNT THREE

31.    Plaintiff alleges all prior paragraphs of the Complaint as if set out here in full.

32.    Plaintiff was not experienced in insurance and finance matters and placed a special trust and confidence in Defendants and consequently relied upon Defendants to properly advise her with respect to such matters.

33.    Defendants undertook a duty to advise Plaintiff, held themselves out as experts, and as persons interested in Plaintiff's well-being, and generally exhibited behavior inconsistent with the typical debtor-creditor relationship.

34.    As a result of the aforementioned actions, Defendants conduct amounts to a breach of their individual, contractual, professional and fiduciary obligations and duties to

5

Plaintiff. Said conduct further amounts to a breach of the duties that arise as a matter of Alabama law.

35.    As a proximate consequence of the Defendants breach, Plaintiff was injured and damaged as alleged herein.

WHEREFORE, Plaintiff demands judgment against Defendants in such an amount of compensatory and punitive damages as a jury deems reasonable and may award, plus costs.

## COUNT FOUR

36.    Plaintiff alleges all prior paragraphs of the Complaint as if set out here in full.

37.    Defendants negligently and/or wantonly made the aforementioned representations to Plaintiff.

38.    Said action was a breach of the duty owed Plaintiff.

39.    As a proximate consequence of said actions, Plaintiff was injured and damaged as described herein.

WHEREFORE, Plaintiff demands judgment against Defendant in such an amount of compensatory and punitive damages as a jury deems reasonable and may award, plus costs.

TOM METHVIN (MET003)
C. LANCE GOULD (GOU007)
WILLIAM H. ROBERTSON, V (ROB161)
Attorneys for Plaintiff

**OF COUNSEL:**
**BEASLEY, ALLEN, CROW,**
**METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
Telephone No.: (334) 269-2343
Facsimile No.: (334) 954-7555

6

**PLAINTIFF REQUESTS TRIAL BY STRUCK JURY
OF ALL ISSUES PRESENTED BY THIS CAUSE**

OF COUNSEL

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT – CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br><u>C</u> <u>V</u> <u>2005</u> <u>0241</u> ☐ - ☐<br>Date of Filing:   Judge Code:<br><u>12</u> <u>19</u> <u>2005</u> <u>XXX</u><br>Month   Day   Year |
|---|---|---|

IN THE CIRCUIT COURT OF _____ MACON _____, ALABAMA
*(Name of County)*

LUCRETIA MOONEY                    v.    AMERICAN INTERNATIONAL GROUP, INC.

**Plaintiff**                                    **Defendant**

First Plaintiff   ☐ Business   ☑ Individual        First Defendant   ☑ Business   ☐ Individual
          ☐ Government   ☐ Other                    ☐ Government   ☐ Other

**NATURE OF SUIT:**  Select primary cause of action, by checking box (check only one) the best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☑ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction<br>Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN** *(check one)*:   F ☑ INITIAL FILING        A ☐ APPEAL FROM        O ☐ OTHER:
                              DISTRICT COURT    _____
             R ☐ REMANDED       T ☐ TRANSFERRED FROM
                              OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**   ☑ YES ☐ NO    Note: Checking "Yes" does not constitute a demand for a<br>jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED    ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
| G | O | U | 0 | 0 | 7 |

December 15, 2005
Date                                    Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**   ☐ YES   ☑ NO   ☐ UNDECIDED

# Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

| | | | | |
|---|---|---|---|---|
| JERE LOCKE BEASLEY | JOSEPH H. AUGHTMAN | *Attorneys at Law* | LARRY A. GOLSTON, JR. GC FL | AL ALSO ADMITTED IN ARIZONA |
| J. GREG ALLEN | DANA G. TAUNTON | 218 COMMERCE STREET | D. MICHAEL ANDREWS | AR ALSO ADMITTED IN ARKANSAS |
| MICHAEL J. CROW | J. MARK ENGLEHART TN | POST OFFICE BOX 4160 | MELISSA A. PRICKETT | FL ALSO ADMITTED IN FLORIDA |
| THOMAS J. METHVIN | CLINTON C. CARTER AK KY MS TN | MONTGOMERY, ALABAMA | JOHN E. TOMLINSON | GA ALSO ADMITTED IN GEORGIA |
| J. COLE PORTIS | BENJAMIN E. BAKER, JR. GC GA KY OK TN | 36103-4160 | KIMBERLY R. WARD GA | KY ALSO ADMITTED IN KENTUCKY |
| W. DANIEL MILES, III | DAVID B. BYRNE, III | (334) 269-2343 | NAVAN WARD, JR. MS | MN ALSO ADMITTED IN MINNESOTA |
| R. GRAHAM ESDALE, JR. | TED G. MEADOWS DC MS TX WV | | WESLEY CHADWICK COOK | MS ALSO ADMITTED IN MISSISSIPPI |
| JULIA ANNE BEASLEY | GERALD B. TAYLOR, JR. FL MI TX TX | TOLL FREE | WILLIAM H. ROBERTSON, V | NY ALSO ADMITTED IN NEW YORK |
| RHON E. JONES | FRANK WOODSON | (800) 898-2034 | | OH ALSO ADMITTED IN OHIO |
| LABARRON N. BOONE | KENDALL C. DUNSON GA | | | OK ALSO ADMITTED IN OKLAHOMA |
| ANDY D. BIRCHFIELD, JR. | J. PAUL SIZEMORE GA TX | TELECOPIER | | SC ALSO ADMITTED IN SOUTH CAROLINA |
| RICHARD D. MORRISON MS | SCARLETTE M. TULEY | (334) 954-7555 | OF COUNSEL: | TN ALSO ADMITTED IN TENNESSEE |
| C. GIBSON VANCE | CHRISTOPHER E. SANSPREE MS | | BENJAMIN L. LOCKLAR | TX ALSO ADMITTED IN TEXAS |
| J. P. SAWYER MS OK | ROMAN ASHLEY SHAUL AK MS SC TX WV | | P. LEIGH O'DELL | DC ALSO ADMITTED IN WASHINGTON, D.C. |
| C. LANCE GOULD | W. ROGER SMITH, III AK MS MS TN WV | BEASLEYALLEN.COM | | WV ALSO ADMITTED IN WEST VIRGINIA |
| | | | JAMES W. TRAEGER | |
| | | December 15, 2005 | 1953-1987 | |
| | | | RONALD AUSTIN CANTY | |
| | | | 1963-2004 | |

Macon County Circuit Court
Eddie D. Mallard, Clerk
101 E. Northside Street
Tuskegee, AL 36083-0723

     **Re:   Lucretia Mooney v. American International Group, Inc.**

Dear Mr. Mallard:

     Enclosed for filing please find the original and one copy of the Complaint in the above-referenced matter. Please return a stamped filed copy to me in the envelope provided.

     Should you have any questions, please do not hesitate to call.

     Thank you for your assistance with this matter.

          Sincerely,

          BEASLEY, ALLEN, CROW,
          METHVIN, PORTIS & MILES, P.C.

          TAMMY PRICE
          Legal Secretary to C. Lance Gould

t/
Enclosures



**Article Number**

7106 3701 9948 8110 0210

Service Type  CERTIFIED MAIL

Restricted Delivery? (Extra Fee)  ☐ Yes

Article Addressed to:

Melodee Wyatt
c/o American General Financial Services
of Alabama, Inc.
Colonial Promenade Montgomery
2768 Eastern BLVD
Montgomery, AL 36117-1550

PS Form 3811, July 2001          Domestic Return Receipt

---

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)    B. Date of Delivery
                                         12/20/05

C. Signature
X _____    ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

Reference Information

Lucretia Mooney v. American General

Charles Lance Gould

CV-05-241  SC

---

2. Article Number

7106 3701 9948 8110 0213

3. Service Type  CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee)  ☐ Yes

1. Article Addressed to:

Roy Evans
c/o American General Financial Services
of Alabama, Inc.
Colonial Promenade Montgomery
2768 Eastern BLVD
Montgomery, AL 36117-1550

PS Form 3811, July 2001          Domestic Return Receipt

---

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)    B. Date of Delivery
                                         12/20/05

C. Signature
X _____    ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

Reference Information

Lucretia Mooney v. American General

Charles Lance Gould

CV-05-241  SC

---

2. Article Number

7106 3701 9948 8110 0176

3. Service Type  CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee)  ☐ Yes

1. Article Addressed to:

American General Financial Services
of Alabama, Inc.
c/o CSC Lawyers Incorporating Service, Inc.
150 S. Perry Street
Montgomery, AL 36104

PS Form 3811, July 2001          Domestic Return Receipt

---

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)    B. Date of Delivery
James St Bellamy  7.28.05

C. Signature
X _____    ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

Reference Information

Lucretia Mooney v. American General

Charles Lance Gould

CV-05-241  SC

```
                    ALABAMA JUDICIAL DATA CENTER
                       COURT PAYMENT SYSTEM

     COUNTY                              RECEIPT NUMBER: 040855
  DATE OF RECEIPT: 12/19/2005  TIME: 16:38:11
RECEIPT FOR CASE: CV 2005 000241 00        BATCH: 2006062
    RECEIVED FROM: GOULD CHARLES LANCE


 LUCRETIA MOONEY  VS  AMERICAN INTERNATIONAL GROUP, INC.

   ACCOUNTS RECEIPTED:
          CV05                        $333.00
          JDMD                        $100.00
          SERA                        $120.00

RECEIVED BY: MAA        CHECK AMOUNT       $553.00
```