IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

LUCRETIA MOONEY,                         )
                                         )
                Plaintiff,               )
                                         )
v.                                       )        CIVIL ACTION NO. 3:06cv55-WHA
                                         )
AMERICAN INTERNATIONAL GROUP, )
INC.; et al.,                            )
                                         )
                Defendants.              )

## ORDER

1.  For good cause shown, the Plaintiff's Motion to Stay Defendants' Motions to Dismiss

(Doc. #11) is ORDERED GRANTED.

2.  Upon consideration of the Plaintiff's Motion to Remand (Doc. #9), filed on February

15, 2006, it is

ORDERED that the Defendants shall show cause, if any there be, **on or before March 8**,

**2006** why the motion should not be granted.  The Plaintiff shall have **until March 15, 2006** to

reply.  The motion will be taken under submission on that day for determination without oral

hearing.

DONE this 15th day of February, 2006.


                                    /s/ W. Harold Albritton
                                    W. HAROLD ALBRITTON
                                    SENIOR UNITED STATES DISTRICT JUDGE