# APPENDIX

**MISSISSIPPI CASES**

<u>Dorothy Corbin, et al. v. American General Financial Services, Inc., et al</u>, In the Circuit Court of Washington County, Mississippi, Civil Action Number: CI2004-216;

<u>Stonewall v. American General Finance, Inc., et al.</u>, In the Circuit Court of Carroll County, Mississippi, Second Judicial District, Civil Action Number: 2004-0011CV2L;

<u>Freddie Graham, et al. v. American International Group, Inc., et al.</u>, In the Circuit Court of Bolivar County, Mississippi, First Judicial District, Civil Action Number: 2002-333;

<u>Alice Brown, et al. v. American International Group, Inc., et al.</u>, In the Circuit Court of Leflore County, Mississippi, Civil Action Number: 2002-0173-CICI;

<u>Doris Beaman, et al. v. American International Group, Inc., et al.</u>, In the Circuit Court of Sunflower County, Mississippi, Civil Action Number: 2002-0638-CI;

<u>Beatrice Jackson, et al. v. American International Group, Inc., et al.</u>, In the Circuit Court of Sunflower County, Mississippi; Civil Action Number: 2002-0640-CI;

<u>Robert Beckley, Roger Daniels, Ginie Garth, Darlene Smith and Bruce Whitfield, v. American General Financial Services, Inc., et al.</u>, In the Circuit Court of Washington County, Mississippi, Civil Action Number: CI2004-216;

<u>Marcia Pettis, et al. v. American General Financial Services, Inc., et al.</u>; In the Circuit Court of Washington County, Mississippi, Civil Action Number: CI2004-237;

<u>Delia Andrews v. American International Group, et al.</u>, In the Circuit Court of Jones County, Mississippi, Laurel Division; Civil Action Number: 2004-194-CV8;

<u>Greg Bennamon, et al. v. American International Group, Inc.</u>, In the Circuit Court of Kemper County, Mississippi, Civil Action Number: CV-2002-108;

<u>Brad Gatlin, et al. v. American International Group, Inc., et al.</u>, In the Chancery Court of Jones County, Mississippi, Laurel Division, Civil Action Number: CV-2002-1026;



1432039

Edward Morgan, et al. v. American International Group, Inc., et al., In the Chancery Court of Jones County, Mississippi, Laurel Division, Civil Action Number: CV-2002-1029;

George Washington, et al. v. American International Group, Inc., et al., In the Circuit Court of Carroll County, Mississippi, Vaiden Division, Civil Action Number: CV-2002-0018-2V2M;

Bernice Baker, et al. v. American International Group, Inc., et al., In the Circuit Court of Washington County, Mississippi, Civil Action Number: CV-2002-405;

Ora J. Bell v. American General Finance, Inc., et al., In the Circuit Court of Holmes County, Mississippi, Civil Action Number: 2002-0002;

Frances Jones, et al. v. American International Group, Inc., et al., In the Circuit Court of Jones County, Mississippi, Civil Action Number: 2002-118-CV3; and

Tommy Faye Jones, et al. v. American International Group, Inc., et al., In the Circuit Court Of Sunflower County, Mississippi, Civil Action Number: CV-2002-0156-CI.

## TENNESSEE CASES

Richard Irby and Elizabeth Irby v. American International Group, et al., In the Circuit Court of Shelby County, Tennessee; Civil Action No. CI-004106-05;

Belinda Marshall v. American International Group Inc. aka AIG Insurance, et al.; In the Circuit Court of Shelby County, Tennessee; CT-4287-05;

Regina Trezevant v. American International Group Inc. aka AIG Insurance, et al., In the Circuit Court of Shelby County, Tennessee; CT-4288-05;

Elmo Thomas v. American International Group Inc. aka AIG Insurance, et al., In the Circuit Court of Shelby County, Tennessee; CT-4290-05;

Roosevelt Walton v. American International Group Inc. aka AIG Insurance, et al., In the Circuit Court of Shelby County, Tennessee; CT-4292-05;

Sheila Upshaw v. American International Group Inc. aka AIG Insurance, et al., In the Circuit Court of Shelby County, Tennessee; CT-4293-05;

Gloria Garrett v. American International Group Inc. aka AIG Insurance, et al., In the Circuit Court of Shelby County, Tennessee; CT-4374-05;

O.M. Mason v. American International Group Inc. aka AIG Insurance, et al., In the Circuit Court of Shelby County, Tennessee; CT-4110-05;

Beauty Robertson v. American International Group Inc. aka AIG Insurance, et al., In the Circuit Court of Shelby County, Tennessee; CT-4105-05;

Ruthie Sims and Curtis Sims v. American International Group Inc. aka AIG Insurance, et al., In the Circuit Court of Shelby County, Tennessee; CT-4109-05;

Fannie Armstrong v. American International Group Inc. aka AIG Insurance, et al., In the Circuit Court of Shelby County, Tennessee; CT-4576-05; and

Walter Oliver and Mary Oliver v. American International Group Inc. aka AIG Insurance, et al., In the Circuit Court of Shelby County, Tennessee; CT-4574-05.

## ALABAMA CASES

Joe T. Smith v. American International Group, Inc., et al., In the Circuit Court of Bullock County, Alabama, Civil Action Number: CV-05-104;

Jessie Mae Davis v. American International Group, Inc., et al., In the Circuit Court of Macon County, Alabama, Civil Action Number: CV-05-176;

Mary Cope v. American International Group, Inc., et al., In the Circuit Court of Macon County, Alabama, Civil Action Number: CV-05-135;

Sandra Green v. American International Group, Inc., et al., In the Circuit Court of Sumter County, Alabama, Civil Action Number: CV-05-48;

George Mason v. American International Group, Inc., et al., In the Circuit Court of Macon County, Alabama, Civil Action Number: CV-05-137;

Stephanie Mayberry v. American International Group, Inc., et al., In the Circuit Court of Macon County, Alabama, Civil Action Number: CV-05-142;

Bernice Poole-Reese v. American International Group, Inc., et al., In the Circuit Court of Macon County, Alabama, Civil Action Number: CV-05-134;

Willie Lee Poole v. American International Group, Inc., et al., In the Circuit Court of Montgomery County, Alabama, Civil Action Number: CV-05-1653;

Steve and Nancy Robinson v. American International Group, Inc., et al., In the Circuit Court of Perry County, Alabama, Civil Action Number: CV-05-51;

Tony and Dorothy Turner v. American International Group, Inc., et al., In the Circuit Court of Macon County, Alabama, Civil Action Number: CV-05-136;

James Poole v. American International Group, Inc., et al., In the Circuit Court of Macon County, Alabama, Civil Action Number: CV-05-133;

Edward Waller v. American International Group, Inc., et al., In the Circuit Court of Hale County, Alabama, Civil Action Number: CV-05-97;

Johnny B. Holmes v. American International Group, Inc., et al., In the Circuit Court of Macon County, Alabama, Civil Action Number: CV-05-235;

Eunice & Robert McKinnes v. American International Group, Inc., et al., In the Circuit Court of Barbour County, Alabama, Civil Action Number: CV-05-089;

Iona Levett v. American International Group, Inc., et al., In the Circuit Court of Macon County, Alabama, Civil Action Number: CV-05-237;

Annie Woodall v. American International Group, Inc., et al., In the Circuit Court of Macon County, Alabama, Civil Action Number: CV-05-238;

Katrina Randolph v. American International Group, Inc., et al., In the Circuit Court of Macon County, Alabama, Civil Action Number: CV-05-236;

Lucretia Mooney v. American International Group, Inc., et al., In the Circuit Court of Macon County, Alabama, Civil Action Number: CV-05-241; and

Arthur Babers v. American International Group, Inc., et al., In the Circuit Court of Bullock County, Alabama, Civil Action Number: CV-05-144.