IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LUCRETIA MOONEY, )<br>)<br>  **Plaintiff,** )<br>)<br>)<br>v. )    **CIVIL ACTION NO.**<br>)    **3:06-cv-00055-WHA**<br>AMERICAN INTERNATIONAL GROUP, INC.; )<br>et al., )<br>)<br>  **Defendants.** )<br>) | |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

**COMES NOW** Plaintiff Lucretia Mooney and Defendants American International Group, Inc., American General Corporation, American General Financial Services of Alabama, Inc., in and of itself and as successor to American General Finance, Inc., an Alabama corporation, Merit Life Insurance Company, Yosemite Insurance Company, Roy Evans, and Melodee Wyatt (hereinafter collectively referred to as the "Defendants"), by and through their undersigned counsel, appearing specially so as to preserve any and all defenses available under Rule 12 of the Federal Rules of Civil Procedure, and specifically preserving the right to seek arbitration pursuant to 9 U.S.C. § 1 *et seq.,* and hereby jointly move this Court to enter an order dismissing the present action without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and other applicable law.  In support thereof, the Parties state as follows:

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and other applicable law, Plaintiff moves this Court without opposition from Defendants to dismiss all of Plaintiff's claims in this Action without prejudice, but subject to the following terms and conditions:

(1)   that all of Plaintiff's claims against all Defendants herein are dismissed without prejudice;

1447925

(2) that to the maximum extent allowed by applicable law, should Plaintiff subsequently file a new action(s) concerning the exact transactions and occurrences at issue in this Action, and do so no later than 10 calendar days from the date of entry of this Order, for purposes of the applicable statute(s) of limitations only, any such action(s) shall be deemed to have been filed on the same day the instant Action was filed; and

(3) that this Action in its entirety is hereby dismissed without prejudice.

**WHEREFORE**, the Parties respectfully move this Court to enter an order dismissing this Action without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and the terms and conditions outlined above.

Respectfully submitted,

*/s/ C. Lance Gould*
C. Lance Gould (GOU007)

BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL  36103

ATTORNEY FOR PLAINTIFF

*/s/ David A. Elliott*
Robert H. Rutherford (RUT002)
David A. Elliott (ELL027)
Matthew T. Mitchell (MIT050)

BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203-5206
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

ATTORNEYS FOR DEFENDANTS AMERICAN GENERAL FINANCIAL SERVICES OF ALABAMA, INC., formerly known as AMERICAN GENERAL FINANCE, INC., a Delaware corporation, on its own behalf and as successor to AMERICAN GENERAL FINANCE, INC., an Alabama corporation, MERIT LIFE INSURANCE CO., YOSEMITE INSURANCE COMPANY, ROY EVANS, and MELODEE WYATT

*/s/ Thomas Julian Butler*
Thomas Julian Butler (BUT0028)

MAYNARD, COOPER & GALE, P.C
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

ATTORNEY FOR DEFENDANTS AMERICAN INTERNATIONAL GROUP, INC.; and AMERICAN GENERAL CORPORATION